USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

EVEREST NATIONAL INSURANCE COMPANY :
as subrogee of Heathel Properties LLC,

                :    10 Civ. 2193 (JGK) (AJP)

        Plaintiff,

                :    **ORDER TRANSFERRING**

    -against-                  **CASE TO E.D.N.Y.**

                :

QUEENS VILLAGE LIQUOR STORE, INC.,

                :

        Defendant.

                :
---------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Venue was not proper in this District. Upon the parties' consent (see plaintiff's letter, attached; defendant's letter was attached to my 4/22/10 Order), this case is transferred to the United States District Court for the Eastern District of New York.

        The Clerk of Court is to transfer the case, and close the case in this District.

        SO ORDERED.

Dated:      New York, New York
            April 30, 2010

                                           Andrew J. Peck
                                           United States Magistrate Judge

Copies **by fax & ECF** to:     James P. Cullen, Esq.
                               James A. Aldag, Esq.
                               Judge John G. Koeltl

C:\OPIN\



RECEIVED
APR 23 2010
CHAMBERS OF
ANDREW J. PECK

## COZEN O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

James P. Cullen, Jr.
Direct Phone 215.665.4102
Direct Fax 215.665.2013
jcullen@cozen.com

April 22, 2010

**VIA FACSIMILE**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

Re: *Everest National Insurance Company, as subrogee of Heathel Properties LLC v. Queens Village Liquor Store, Inc.*
USDC, Southern District of New York
Civil Action No. 1:10-CV-2193
Our File No. 255037

Dear Judge Peck:

My office represents Plaintiff Everest National Insurance Company, as subrogee of Heathel Properties LLC in the above-referenced action. As Your Honor requested, I write to indicate that our office has no objection to the transfer of this matter to the Eastern District of New York. If any additional information is needed from me, please feel free to contact me at (215) 665-4102.

Respectfully yours,

COZEN O'CONNOR

*James P. Cullen*

BY:  JAMES P. CULLEN, JR.

JPC:ma
cc:  James A. Aldag, Esquire (Via Facsimile)
     John B. Galligan, Esquire (Via Facsimile)